UNITED STATES DICTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CIVIL ACTION
CASE NO.: 17-CV-10032-_____

**MONICA ANN WOODBURY**,

    Plaintiff,

v.

**KEYS PRODUCTIONS, INC., d/b/a
Red Garter Saloon,** a Florida corporation,
and **MARK ROSSI**, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

The Defendants, KEYS PRODUCTIONS, INC., d/b/a Red Garter Saloon, a Florida corporation, and MARK ROSSI, individually, by and through their undersigned attorneys and pursuant to 28 U.S.C. §§ 1441(a), (c), 1446, removes this action from the Sixteenth Judicial Circuit in and for Monroe County, State of Florida and states as follows:

1. Plaintiff, MONICA ANN WOODBURY, ("WOODBURY") have sued Defendants for alleged violations of Article X, §24(a) Florida Constitution, and the Fair Labor Standards Act, U.S.C. §201 *et. seq.* and 29 U.S.C §531.35 (the "FLSA") based on claimed unpaid minimum wages, unpaid overtime wages, liquated damages, and other damages.

2. Plaintiffs seek damages, attorneys' fees and litigation expenses pursuant to this federal statutory claim and damages under Florida law.

3. The first pleading giving rise to a right to remove the action was Plaintiff's Complaint which was filed on January 18, 2017.

4. Both Defendants were served with the Complaint on February 25, 2015.

5. Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over the action, as the action presents a "federal question" and seeks to redress the alleged violations of Plaintiff's federally protected rights under the FLSA, U.S.C. §201 *et. seq.* and 29 U.S.C §531.35. This Court has supplemental jurisdiction of the state law wage claim arising under Article X, §24(a), Florida Constitution, pursuant to 28 U.S.C. §1367(a).

6. Pursuant to 28 U.S.C. §§1441(a), (c) and 1443, the action is removable to this Court. A copy of the Complaint and other papers filed in the state court action are attached hereto as "Exhibit "A".

7. This notice of removal is being timely filed with this Court within thirty (30) days after Defendants were served with Plaintiff's complaint.

8. Defendants requested an extension of time that was unopposed, and received from the state court an extension until April 4, 2016, in which to respond to the Complaint. *See* Ex. "A."

9. A copy of this notice of removal is being filed with the state court where this action is pending and notice is being given to all adverse parties "promptly after" the filing of the notice in this Court. *See* 28 U.S.C. § 1446(d).

10. Undersigned counsel represents both Defendants in this action, and both Defendants consent to this notice of removal.

11. By filing this notice of removal, Defendant do not (a) waive any available defenses, or (b) admit any of the allegations set forth in Plaintiff's complaint.

WHEREFORE, Defendants, KEYS PRODUCTIONS, INC. and MARK ROSSI respectfully request that this Court exercise jurisdiction over this action.

Dated: March 22, 2017.

Respectfully Submitted,

SMITH | OROPEZA | HAWKS, P.L.
138-142 Simonton Street
Key West, Florida 33040
Telephone: (305) 296-7227
Facsimile: (305) 296-8448
Primary: chris@smithoropeza.com
Secondary: brandi@smithoropeza.com

/s/ Christopher B. Deem
Christopher B. Deem, Esq.
Florida Bar No. 94462

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to: JOHN B. GALLAGHER, ESQ. (gal2701@aol.com) and JACK MORGAN, III, ESQ., (jmorgan@ralaw.com), Attorneys for Plaintiff.

Respectfully Submitted,

SMITH | OROPEZA | HAWKS, P.L.
138-142 Simonton Street
Key West, Florida 33040
Telephone: (305) 296-7227
Facsimile: (305) 296-8448
Primary: chris@smithoropeza.com
Secondary: brandi@smithoropeza.com

/s/ Christopher B. Deem
Christopher B. Deem, Esq.
Florida Bar No. 94462